## WARSAW LINCOLN AMBULANCE DISTRICT, Appellant,

v.

## DIVISION OF EMPLOYMENT SECURITY, Respondent,

### Twin Lakes Enterprises, Inc., Defendant.

### No. WD 61186.

Missouri Court of Appeals, Western District.

April 22, 2003.

Franklin E. Foster Jefferson City, MO, for appellant.

Marilyn G. Green Jefferson City, MO, for respondent.

Before SPINDEN, P.J., BRECKENRIDGE and NEWTON, JJ.

*ORDER*

PER CURIAM.

Warsaw Lincoln Ambulance District appeals from the Labor and Industrial Relations Commission's decision that the District is a successor to Twin Lakes Enterprises, Inc. under section 288.110, RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the Commission is affirmed. Rule 84.16(b).